```
                                                    FILED      ____ LODGED
                                              ____ RECEIVED    ____ COPY

                                                      MAR 1 4 2023

                                               CLERK U S DISTRICT COURT
                                                 DISTRICT OF ARIZONA
                                               BY_____ DEPUTY
```

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  DIMITRA H. SAMPSON
   Arizona State Bar No. 019133
4  Email: dimitra.sampson@usdoj.gov
   Assistant U.S. Attorney
5  Two Renaissance Square
   40 N. Central Ave., Suite 1800
6  Phoenix, Arizona 85004
   Telephone: 602-514-7500
7  Attorneys for Plaintiff

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10  United States of America,      | No.   CR-23-8043-PCT-DLR (MTM)
11              Plaintiff,          |       **INDICTMENT**
12       vs.                        | VIO:  18 U.S.C. §§ 1153 and 113(a)(6)
                                    |       (CIR-Assault Resulting in Serious
13  Preston Henry Tolth,            |       Bodily Injury)
                                    |       Count 1
14              Defendant.          |
                                    |       18 U.S.C. § 2119(2)
15                                  |       (Carjacking)
                                    |       Count 2
16
17

18  **THE GRAND JURY CHARGES:**

19                          **COUNT 1**

20       On or about June 15, 2021, in the District of Arizona, within the confines of the

21  Navajo Indian Reservation, Indian Country, the defendant, PRESTON HENRY TOLTH,

22  an Indian, did intentionally, knowingly, and recklessly assault E. B., resulting in serious

23  bodily injury.

24       In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

25                          **COUNT 2**

26       On or about June 15, 2021, in the District of Arizona, the defendant, PRESTON

27  HENRY TOLTH, with the intent to cause death and serious bodily harm, took a motor

28  vehicle, that is, a gray Ford F150, pick-up truck, Arizona license plate AFE 7101, VIN

ending in 65617, that had been transported, shipped, and received in interstate and foreign commerce, from E. B., by force, violence, and intimidation, resulting in serious bodily injury to E. B.

In violation of Title 18, United States Code, Section 2119(2).

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
DIMITRA H. SAMPSON
Assistant U.S. Attorney