1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   TRACY VAN BUSKIRK
3  Arizona State Bar No. 022097
   ALANNA R. KENNEDY
4  Arizona State Bar No. 034257
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Attorneys for Plaintiff
7  Email: tracy.van.buskirk@usdoj.gov
   Email: alanna.kennedy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-08043-PCT-DLR |
| Plaintiff, | **NOTICE OF INTENT TO USE EXPERT TESTIMONY RE: HISTORICAL CELL SITE DATA** |
| v. | |
| Preston Henry Tolth, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, 704, 705, and 1006, the United States of America provides notice of its intent to use expert witness testimony during its case-in-chief and/or rebuttal.

**Special Agent Justin Swartz, FBI Cellular Analysis Survey Team (CAST)**

Justin Swartz will offer opinion testimony based upon his training, experience, and education as set forth in his curriculum vitae (CV). To the extent he has authored reports, his testimony is expected to be consistent with those reports and to include all facts, observations, and conclusions in those reports.

The government intends to offer the expert opinion of Justin Swartz, an FBI Special Agent (SA) and certified member of the FBI's Cellular Analysis Survey Team (CAST). SA Swartz will testify regarding historical cell site and other data associated with cellular telephone number used by the victim E.B. SA Swartz's report and analysis, and the underlying cellular telephone records from Cellular One on which he relied, were

previously produced to the defense and are incorporated by reference into this notice. SA Swartz's CV, detailing his education, training, and experience, was also disclosed.

### A. Expected Testimony

At trial, SA Swartz will describe the role of FBI CAST in criminal investigations, which includes determining where phones have been or are located. SA Swartz will explain that FBI CAST members locate phones through historical cell site analysis. Evidence about where a cellular device was located at a particular time can be used to inculpate or exculpate a suspect, locate a missing fugitive, or locate a missing person.

SA Swartz will explain how a cell phone works, including how a cell phone sends signals back-and-forth with cell towers. Cell towers consist of a tower location plus a side/sector/azimuth on that tower location (together, a cell site), as demonstrated in the diagram produced at Bates 2547. When a cell phone attempts to communicate with another device, the cell phone sends a signal to a cell site, which forwards the communication to the cellular network. The network then routes the communication to the intended recipient device. When a cell phone attempts to send or receive a call or text, the cell phone chooses which cell site to communicate with, choosing the cell site that provides the best signal. The term "service area" refers to the geographic area where a phone has to be located to communicate—e.g., make a call or text through a particular cell site. Cellular service providers generally design their network to have slightly overlapping service areas between cell sites, designed to provide continuous service as a cellular device moves geographically. The density of tower locations generally depends on the population density of the service area, meaning that more urban areas will have more cell towers, whereas more rural areas will have fewer cell towers. In rural areas, a cell tower may provide several miles of coverage.

SA Swartz will testify about call detail records, which consist of data collected by service providers during the normal course of business, including the date and time of a record, the type of communication, the identity of the cell site that was used to make the communication, and information associated with initiation and receipt (i.e., to/from).

SA Swartz will describe the historical cell site analysis process. SA Swartz will explain that the call detail records document which cell site served the target cell phone at a certain time. He will further explain that the cellular service providers produce a list of their cell sites and their locations. When used in conjunction, the call detail records and the list of cell site locations illustrate an approximate location of the target phone when it initiated contact with the network. SA Swartz will explain that while this can be done by hand, the CAST member will use software to illustrate these records on a map, plotting the location of the cell site used at a particular time by the target phone. For example, in the diagram produced at Bates 2548, the cell towers are represented by black dots, and information for the call detail record is located in the left-hand side of the map (an incoming communication from 505-675-9525, dated June 14, 2021 at 11:15pm, from cell site 2CC6 with sector/azimuth 120°). In this example, the call detail record shows that, at 11:15pm, the cell phone associated with telephone number 505-809-8032 was located within the service area of cell site 2CC6, notionally represented by the red wedge or "V."

SA Swartz will testify that, for this case, he analyzed tower locations and call detail records associated with one telephone number serviced by Cellular One, a service provider servicing Northern Arizona and New Mexico.[1] SA Swartz will explain that he first created a map of Cellular One cell towers in the Sweetwater and "Fours Corners" area of Northern Arizona and New Mexico, and superimposed location data he received from the case agent, specifically the victim's residence location. (This map is Bates 2549.)

SA Swartz will explain that he illustrated call detail records and cell site locations for the victim's phone on June 14, 2021, at approximately 11:14pm to June 15, 2021, at approximately 4:02am. In summary, the call detail records show that the victim's phone interacted with four cell sites during that time. SA Swartz will opine that the data is consistent with the victim's phone traveling east across the Arizona/New Mexico border

---

[1] FBI Special Dustin Drace will testify that the FBI obtained these records via search warrant No. 22-4301MB (D. Ariz.) (Bibles, J.), and that the records were accompanied by a Certificate of Authenticity signed by a Cellular One Records Custodian. Bates 438-39 (search warrant). Telephone number 505-809-8032 was subscribed to by victim E.B.

and then south towards Thoreau, New Mexico.

SA Swartz will also testify about steps taken by FBI CAST to review and validate his work, which includes peer review of the analysis and report by another FBI CAST member. The historical mobile device location analysis produced at Bates 2545-2550 was peer reviewed.

### B. Bases and Reasons

SA Swartz's opinions are based on his personal examination of the evidence, considering his training, education, experience, and expertise as a certified member of FBI CAST.

### C. Qualifications, Including Publications

SA Swartz received a Bachelor of Science Degree in Electrical Engineering in 2010. After joining the FBI, SA Swartz received specialized training in historical cell site analysis, including: (1) a basic course on the fundamentals of historical cell site analysis, including an introduction to call detail records and how cellular telephones and cellular networks operate together; (2) an advanced course on historical cell site analysis; (3) an advanced course on critical incident readiness, focusing on CAST analyses performed under the stress of an emergency; and (4) four weeks of the FBI CAST certification course which includes 40 hours of instruction from the Florida Institute of Technology on Radio Frequency (RF) Theory and cellular networks including GSM, CDMA, UMTS, LTE, and 5G protocols; Classroom and hands-on training on the use of the Gladiator Autonomous Receiver (GAR) for mobile drive testing; Instruction received directly from the cellular providers and their engineers for each of the four major cellular carriers, AT&T, T-Mobile, U.S. Cellular, and Verizon; and, legal training and instruction on expert witness testimony.

SA Swartz participates in ongoing, yearly training and recertification, which includes receiving updates from cellular service providers on available data and technology. His day-to-day responsibility of supporting criminal and national security investigations ensures his continuing expertise.

Even before joining the FBI, SA Swartz received relevant on-the-job experience as an Electronics Engineer for the Department of Defense (DoD), United States Air Force. One of his jobs was to collect flight test data that included time, space, position, information (TSPI) and radio frequency data, analyze this data to evaluate the performance of fighter jet systems, and present this information to DoD decision-makers regarding development and procurement decisions.

SA Swartz's CV, which more thoroughly details his education, qualifications, and teaching experience was previously disclosed to the defense. SA Swartz has not authored any publications to date, and is not receiving compensation for his testimony, aside from his regular salary with the FBI.

**D.     Prior Testimony**

Within the past four years, SA Swartz has testified as an expert at trial in three cases, which are set forth in his CV.

*/s/ Justin Swartz*
SPECIAL AGENT JUSTIN SWARTZ
FBI Cellular Analysis Survey Team


Respectfully submitted this 8th day of April, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Tracy Van Buskirk*
TRACY VAN BUSKIRK
ALANNA R. KENNEDY
Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants: Jane McClellan and James Rael, *Attorneys for Defendant*